# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TANGIERS INVESTORS, L.P., a
Delaware Limited Partnership
          Plaintiff(s)

               V.                     **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

GENESIS ELECTRONICS GROUP,
INC., a Nevada corporation; EDWARD C.
DILLON, an individual; RAYMOND F.
PURDON, an individual; DOES 1 through
10, Inclusive

**CASE NUMBER:**      11cv887 L (NLS)

          Defendant(s)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Tangiers in the amount $22,400 against GEGI and $70,833.38 against Edward C. Dillon.

| November 30, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                            s/M. Brown
(By)
          Deputy Clerk
ENTERED ON November 30, 2011